FRANK D. POND (Bar No. 126191)
SANDRA L. GRYDER (Bar No. 117872)
sgryder@pondnorth.com
POND NORTH LLP
355 South Grand Ave., 43rd Floor
Los Angeles, CA 90071
Telephone:  (213) 617-6170
Facsimile:  (213) 623-3594

Attorneys for Defendant FMC Corporation, on behalf and its former Peerless Pump, Chicago Pump and Northern Pump businesses

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERTO ELORREAGA and ROSEMARY ELORREAGA,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ABB, INC., et al.,<br><br>        Defendants. | Case No:  4:21-cv-05696 HSG<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT FMC CORPORATION** |

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that Plaintiffs ROBERTO ELORREAGA and ROSEMARY ELORREAGA's action is dismissed with prejudice and without costs as to Defendant FMC Corporation, on behalf and its former Peerless Pump, Chicago Pump and Northern Pump businesses.

**IT IS SO ORDERED.**

Dated:    9/14/2021          .                      *Haywood S. Gilliam, Jr.*
                                                                        _____
                                                                        HAYWOOD S GILLIAM, JR
                                                                        United States District Court Judge
                                                                        Northern District of California