ROGER E. GOLD [SBN 214802]
rgold@rgoldlegal.com
CECIL B. CRAIN [SBN 252780]
ccrain@rgoldlegal.com
MIA MATTIS [SBN191027]
mmattis@rgoldlegal.com
GOLD LAW FIRM
555 Montgomery Street, Suite 605
San Francisco, CA 94111
Tel: (415) 986-1338
Fax: (415) 373-4579

Attorneys for Plaintiffs
ROBERTO ELORREAGA and
ROSEMARY ELORREAGA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ELORREAGA and ROSEMARY ELORREAGA,<br><br>Plaintiffs,<br><br>vs.<br><br>ASBESTOS COMPANIES, et al.,<br><br>Defendants. | Case No: 4:21-cv-05696-HSG<br><br>**ORDER GRANTING STIPULATION AUTHORIZING ELECTRONIC SERVICE**<br><br>Judge: Honorable Haywood S. Gilliam, Jr.<br>Courtroom: 2<br><br>Complaint Filed:    September 23, 2020 *under SFSC No. CGC-20-276875*<br>First Amended Complaint Filed: July 8, 2021<br>Notice of Removal Filed: July 26, 2021<br>Trial Date:   None Set |

The Court, having reviewed the parties' Stipulation Authorizing Electronic Service, and good cause appearing therefore, hereby GRANTS the Stipulation as submitted to the Court.

DATED: September 21, 2021

_____
Honorable Haywood S. Gilliam, Jr.
Judge, United States District Court

4842-4297-1643, v. 1