TUCKER ELLIS LLP
NICOLE E. GAGE  SBN 208658
nicole.gage@tuckerellis.com
201 Mission Street, Suite 2310
San Francisco, CA 94105
Telephone:    415.617.2400
Facsimile:    415.617.2409

Attorneys for Defendant
(DOE 19) ROCKWELL AUTOMATION, INC.,
F/K/A ROCKWELL INTERNATIONAL (SUED
INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST
TO RELIANCE ELECTRIC CO.)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ELORREAGA and ROSEMARY ELORREAGA,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ABB, INC. (individually and as successor-in-interest to ITE IMPERAIL CO f/k/a ITE CIRCUIT BREAK COMPANY), et al.,<br><br>                    Defendants. | ) Case No. 4:21-cv-05696-HSG<br>)<br>)<br>) **ORDER GRANTING  DISMISSAL OF**<br>)**ALL CLAIMS AGAINST  DEFENDANT**<br>)**(DOE 19) ROCKWELL  AUTOMATION,**<br>)**INC. F/K/A ROCKWELL**<br>)**INTERNATIONAL (SUED**<br>)**INDIVIDUALLY  AND AS SUCCESSOR-**<br>)**IN-INTEREST TO   RELIANCE**<br>)**ELECTRIC CO.)**<br>)<br>)<br>)<br>) |

        The Court, having considered the stipulation of plaintiffs Roberto Elorreaga and Rosemary

Elorreaga and defendant (Doe 19) Rockwell Automation, Inc. F/K/A Rockwell International (sued

individually and as successor-in-interest to Reliance Electric Co.) hereby approves the stipulation and

orders that plaintiffs' claims against Rockwell International, Inc. be and hereby are DISMISSED

WITHOUT PREJUDICE pursuant to Fed. R. Civ. P 41(a)(2). Each party to bear its own costs.

        **IT IS SO ORDERED.**

Dated:      10/6/2021

_Haywood S. Gill Jr._
Haywood S. Gillam, Jr.
United States District Court Judge

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis