Jennifer A. Cormier (SBN 177109)
jcormier@mgmlaw.com
Kelley T. Mahoney (SBN 283296)
kmahoney@mgmlaw.com
Ashley L. Rivkin (SBN 322682)
arivkin@mgmlaw.com
**MANNING GROSS + MASSENBURG LLP**
201 Spear Street, 18th Floor
San Francisco, CA 94105
Tel.:    415.512.4381
Fax:    415.512.6791

Attorneys for Defendant
**EATON COPORATION**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ELORREAGA and ROSEMARY ELORREAGA,<br><br>           Plaintiffs,<br><br>vs.<br><br>ABB, INC., et al.,<br><br>           Defendants. | Case No. 4:21-cv-05696-HSG<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT EATON CORPORATION**<br><br>Action Filed: September 23, 2020<br>Removed: July 26, 2021<br>Trial Date:    Not Set |

PURSUANT TO STIPULATION, IT IS SO ORDERED. All claims against Defendant EATON CORPORATION are hereby dismissed with prejudice, each party to bear own costs, pursuant to Fed. R. Civ. P. 41(a)(2).

**IT IS SO ORDERED.**

Dated:   10/28/2021

The Honorable Judge Haywood S Gilham, Jr.
United States District Court Judge
Northern District of California