UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERTO ELORREAGA, et al.,

    Plaintiffs,

v.

ROCKWELL AUTOMATION, INC., et al.,

    Defendants.

Case No. 21-cv-05696-HSG

**SCHEDULING ORDER**

A case management conference was held on October 27, 2021. Having considered the parties' proposal, *see* Dkt. No. 62, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | January 10, 2022 |
| Close of Fact Discovery | April 8, 2022 |
| Plaintiff Disclosure of Expert Reports | April 15, 2022 |
| Defendant Disclosure of Expert Reports | April 22, 2022 |
| Disclosure of Rebuttal Reports (Simultaneous) | May 2, 2022 |
| Close of Expert Discovery | June 8, 2022 |
| Dispositive and *Daubert* Motion Hearing Deadline | July 28, 2022, at 2:00 p.m. |
| Pretrial Conference | October 18, 2022, at 3:00 p.m. |
| Jury Trial (15 days) | October 31, 2022, at 8:30 a.m. |

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 11/12/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge