ROGER E. GOLD [SBN 214802]
rgold@rgoldlegal.com
CECIL B. CRAIN [SBN 252780]
ccrain@rgoldlegal.com
MIA MATTIS [SBN 191027]
mmattis@rgoldlegal.com
**GOLD LAW FIRM**
555 Montgomery Street, Suite 605
San Francisco, CA 94111
Tel: (415) 986-1338
Fax: (415) 373-4579

Attorney for Plaintiffs
ROBERTO ELORREAGA and
ROSEMARY ELORREAGA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ELORREAGA and ROSEMARY ELORREAGA,<br><br>　　　　　Plaintiffs<br><br>　vs.<br><br>ABB, INC.<br><br>　　　　　Defendants. | Case No. 4:21-cv-05696-HSG<br><br>ORDER GRANTING PLAINTIFFS' STIPULATED MOTION TO SUBSTITUTE PARTIES AND AMEND THE COMPLAINT FOR WRONGFUL DEATH AND SURVIVORSHIP CLAIMS FOLLOWING THE DEATH OF PLAINTIFF ROBERTO ELORREAGA<br><br>Judge: Honorable Haywood S. Gilliam, Jr.<br>Courtroom: 2<br><br>Complaint Filed:　September 23, 2020 *under SFSC No. CGC-20-276875*<br>First Amended Complaint Filed: July 8, 2021<br>Notice of Removal Filed: July 26, 2021<br>Trial Date:　None Set |

Before this Court is Plaintiff ROSEMARY ELORREAGA's Stipulated Motion to Substitute Parties and Amend the Complaint for Wrongful Death and Survivorship claims following the death of Plaintiff ROBERTO ELORREAGA.

ORDER GRANTING PLAINTIFFS' STIPULATED MOTION TO SUBSTITUTE PARTIES AND AMEND THE COMPLAINT FOR WRONGFUL DEATH AND SURVIVORSHIP CLAIMS FOLLOWING THE DEATH OF PLAINTIFF ROBERTO ELORREAGA

1 | Plaintiffs' motion is granted.  Plaintiff ROSEMARY ELORREAGA, individually and as successor in interest to Decedent ROBERTO ELORREAGA, and ROBERT PAUL ELORREAGA; RICHARD ANDREW ELORREAGA, and RONALD EDWARD ELORREAGA, may file their Second Amended Complaint for the Wrongful Death of ROBERTO ELORREAGA.

**IT IS SO ORDERED**.

DATED:   1/6/2022

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge

ORDER GRANTING PLAINTIFFS' STIPULATED MOTION TO SUBSTITUTE PARITES AND AMEND THE COMPLAINT FOR WRONGFUL DEATH AND SURVIVORSHIP CLAIMS FOLLOWING THE DEATH OF PLAINTIFF ROBERTO ELORREAGA