AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | **District of** | CALIFORNIA |
|---|---|---|

Roberto Elorreaga, et al.

Plaintiff (s),

V.

ABB Inc., et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 4:21-cv-05696-HSG

Notice is hereby given that, subject to approval by the court, <u>Carrier Corporation</u> substitutes

(Party (s) Name)

<u>Amy J. Talarico</u>, State Bar No. <u>209112</u> as counsel of record in

(Name of New Attorney)

place of <u>James P. Cunningham, TUCKER ELLIS LLP</u>.

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:  MORGAN, LEWIS & BOCKIUS LLP

Address:  One Market, Spear Street Tower, San Francisco, CA 94105

Telephone:  (415) 442-1000     Facsimile  (415) 442-1001

E-Mail (Optional):  amy.talarico@morganlewis.com

I consent to the above substitution.

Date:  January 12, 2022

Lucy E. Savorgnan

(Signature of Party (s))

I consent to being substituted.

Date:  January 11, 2022

James P. Cunningham

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  January 12, 2022

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  1/13/2022

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**