UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY ELORREAGA, individually and as Successor-in-Interest to ROBERTO ELORREAGA; ROBERT PAUL ELORREAGA; RICHARD ANDREW ELORREAGA; and RONALD EDWARD ELORREAGA,<br><br>Plaintiffs,<br><br>vs.<br><br>ABB, INC., et al.,<br><br>Defendants. | Case No. 4:21-cv-05696-HSG<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO DEFENDANT JOHNSON CONTROLS, INC.** |

|   |   |
|---|---|
| 1 | Pursuant to the Joint Stipulation to Dismiss Action without prejudice as to Defendant JOHNSON CONTROLS, INC. filed by the parties to this action, it is hereby ordered that Plaintiffs' Complaint is dismissed without prejudice as to Defendant JOHNSON CONTROLS, INC. only. |

Pursuant to the Joint Stipulation to Dismiss Action without prejudice as to Defendant JOHNSON CONTROLS, INC. filed by the parties to this action, it is hereby ordered that Plaintiffs' Complaint is dismissed without prejudice as to Defendant JOHNSON CONTROLS, INC. only.

Each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: 2/1/2022         By _/s/ Haywood S. Gilliam, Jr._
                        HON. HAYWOOD S. GILLIAM, JR.
                        United States District Court Judge