DEHAY & ELLISTON, LLP
William H. Armstrong, SBN 40650
100 Pringle Avenue, Suite 700
Walnut Creek, CA 94596
Telephone: (510) 433-1830
Facsimile: (866) 611-8690
E-mail:  barmstrong@dehay.com

Attorneys for Defendant
Crown Cork & Seal Company, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY ELORREAGA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ABB, Inc., et al.,<br><br>Defendants. | Case No. 4:21-cv-05696-HSG<br><br>**STIPULATION FOR DISMISSAL AS TO DEFENDANT CROWN CORK & SEAL COMPANY, INC.; ORDER** |

**TO THE COURT AND ALL INTERESTED PARTIES:**

Plaintiffs Rosemary Elorreaga, individually and as Personal Representative of the Estate of Roberto Elorreaga, Deceased, and all/any heirs (collectively "Plaintiffs"), and Defendant Crown Cork & Seal Company, Inc. ("CC&S"), hereby stipulate that all claims asserted or which may have been asserted by this action by Plaintiffs against CC&S, be dismissed with prejudice. Each party is to bear its own costs pursuant to Fed. R. Civ. P. 41(a)(2).

/ / /

/ / /

Respectfully submitted.

DATED: May 2, 2022

                        GOLD LAW FIRM

By: _____
      Roger E. Gold, SBN 214802
      Attorneys for Plaintiffs

DATED: April 27, 2022

                        DEHAY & ELLISTON, LLP

By: _____
      William H. Armstrong, SBN 40650
      Attorneys for Defendant
      Crown Cork & Seal Company, Inc.

STIPULATION FOR DISMISSAL AS TO DEFENDANT CROWN CORK & SEAL COMPANY, INC.; ORDER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the above-entitled action is dismissed with prejudice as to Defendant Crown Cork & Seal Company, Inc., only, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 5/3/2022         By: *Haywood S. Gilliam Jr.*
                        Honorable Haywood S. Gilliam, Jr.