UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Rosemary Elorreaga, etc. et al. , | Case No. 4:21-cv-05696-HSG |
|---|---|
| Plaintiff(s), | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** |
| ABB, Inc., et al. , | (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | |

I, Christopher G. Conley____, an active member in good standing of the bar of Georgia_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Def. ViacomCBS Inc., etc.____ in the above-entitled action. My local co-counsel in this case is Kevin D. Jamison_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 222105_____.

| 200 Cleveland Rd. Ste. 6, Bogart GA 30622 | 825 E. Fourth St. #204, Los Angeles CA 90013 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 706-389-7300 | 213-246-2732 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| cgconley@ewhlaw.com | kjamison@jec-legal.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 181090_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court one (1)__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 25, 2022_____                          Christopher G. Conley_____
                                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christopher G. Conley____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____6/1/2022_____

_____Haywood S. Gill Jr._____
UNITED STATES DISTRICT JUDGE



𝕾𝖚𝖕𝖗𝖊𝖒𝖊 𝕮𝖔𝖚𝖗𝖙
𝕾𝖙𝖆𝖙𝖊 𝖔𝖋 𝕲𝖊𝖔𝖗𝖌𝖎𝖆
NATHAN DEAL JUDICIAL CENTER
𝕬𝖙𝖑𝖆𝖓𝖙𝖆 30334

February 9, 2022

I hereby certify that Christopher George Conley, Esq., was admitted on the 18th day of September, 2001, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



_____ , Clerk