1  Roger Gold, Esq. [SBN 214802]
   rgold@rgoldlegal.com
2  Cecil B. Crain [SBN 252780]
   ccrain@rgoldlegal.com
3  Mia Mattis [SBN 191027]
   mmattis@rgoldllegal.com
4  **GOLD LAW FIRM**
   555 Montgomery Street, Suite 605
5  San Francisco, CA 94111
   Tel: (415) 986-1338
   Fax: (415) 373-4579
6

7  H.W. Trey Jones (SBN 237607)
   SARAH N. JONES (SBN 267525)
8  **JONES & BENDON LLP.**
   2251 Hidalgo Ave
9  Los Angeles, CA 90039
   Trey@treyjoneslaw.com
10

11 Attorneys for Plaintiffs
   ROSEMARY ELORREAGA, et al.

12

13                   **UNITED STATES DISTRICT COURT**

14                   **NORTHERN DISTRICT OF CALIFORNIA**

15 | ROSEMARY ELORREAGA, individually and | Case No:   4:2-cv-05696-HSG |
   | as Successor-in-Interest to ROBERTO | |
16 | ELORREAGA; ROBERT PAUL | **STIPULATION AND ORDER TO** |
   | ELORREAGA; RICHARD ANDREW | **EXTEND FACT DISCOVERY CUT-** |
17 | ELORREAGA, and RONALD EDWARD | **OFF TO TAKE THE DEPOSITION OF** |
   | ELORREAGA, | **EXPERT SHELDON RABINOVITZ** |
18
19 | Plaintiffs, |
20 | vs. | Judge:        Hon. Haywood S. Gilliam, Jr. |
21 | ABB, INC., et al., | Complaint Filed:   September 23, 2020 |
22 | Defendants. | Date Removed:   July 26, 2021 |
23 | | Trial:        October 31, 2022 |

24

25 TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

26       Plaintiffs sought the deposition of Defendant Air & Liquid Systems, Inc., Successor-by -

27 Merger to Buffalo Pumps' ("Buffalo Pumps") expert Sheldon Rabinowitz to take place before

28

                                    1

the expert discovery deadline in this matter, but due to scheduling issues it cannot be taken until June 10, 2022. Plaintiffs and Defendant Buffalo Pumps, et al. stipulate that the deposition of Sheldon Rabinovitz can take place after the June 8, 2022, expert discovery cutoff.  The extension applies only to the deposition of Sheldon Rabinovitz pursuant to FRCP 30(b)(6).  This extension will not impact other deadlines in the Scheduling Order.

Dated: June 3, 2022

/s/H.W. Trey Jones
H.W. Trey Jones
Attorneys for Plaintiffs

Dated: June 3, 2022

/s/ James G. Scadden
James G. Scadden
Attorney for Air & Liquid Systems Corp.

**IT IS SO ORDERED**.

Dated:  June  7, 2022

Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge