ROGER GOLD (Bar No. 214802)
rgold@rgoldlegal.com
CECIL B. CRAIN (State Bar No. 252780)
ccrain@rgoldlegal.com
MIA MATTIS [SBN 191027]
mattis@rgoldlegal.com
**GOLD LAW FIRM**
555 Montgomery Street, Suite 605
San Francisco, CA 94111
Tel: (415) 986-1338
Fax: (415) 373-4579

Attorneys for Plaintiffs
ROBERTO ELORREAGA, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY ELORREAGA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ABB, Inc., et al., <br><br> Defendants. | Case No. 4:21-cv-05696-HSG <br><br> **STIPULATION FOR DISMISSAL AS TO DEFENDANT CROSBY VALVE, LLC; ORDER** |

**TO THE COURT AND ALL INTERESTED PARTIES:**

Plaintiffs Rosemary Elorreaga, individually and as Personal Representative of the Estate of Roberto Elorreaga, Deceased, and all/any heirs (collectively "Plaintiffs"), and Defendant Crosby Valve, LLC (Crosby Valve) hereby stipulate that all claims asserted or which may have been asserted by this action by Plaintiffs against Crosby Valve, be dismissed *without* prejudice. Each party is to bear its own costs pursuant to Fed. R. Civ. P. 41(a)(2).

/ / /

/ / /

Respectfully submitted.

DATED: June 24, 2022                         GOLD LAW FIRM

                                             By: /s/ Roger E. Gold
                                                 Roger E. Gold
                                                 Attorneys for Plaintiffs


DATED: June 29, 2022                         FOLEY & MANSFIELD, PLLP

                                             By: /s/ Andrew Sharp
                                                 Andrew Sharp
                                                 Attorneys for Defendant
                                                 Crosby Valve, LLC

2

STIPULATION FOR DISMISSAL AS TO DEFENDANT CROSBY VALVE, LLC.; ORDER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the above-entitled action is dismissed without prejudice as to Defendant Crosby Valve, LLC, only, pursuant to Rule 41 of the Federal Rules of Civil Procedure.  Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: June 30, 2022          By: /s/ Haywood S. Gilliam, Jr.
                                  Honorable Haywood S. Gilliam, Jr.