UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY ELORREAGA, individually and as Successor-in-Interest to ROBERTO ELORREAGA; ROBERT PAUL ELORREAGA, RICHARD ANDREW ELORREAGA, and RONALD EDWARD ELORREAGA,<br><br>Plaintiffs,<br><br>vs.<br><br>ABB, INC., et al.,<br><br>Defendants. | Case No. 4:21-cv-05696-HSG<br><br>ORDER GRANTING DISMISSAL AS TO DEFENDANT FOSTER WHEELER, LLC |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the above-entitled action is dismissed with prejudice as to Defendant Foster Wheeler, LLC, only, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: __July 7__, 2022        By: _/s/ Haywood S. Gilliam, Jr._
                                           Honorable Haywood S. Gilliam, Jr.