ROGER GOLD (Bar No. 214802)
rgold@rgoldlegal.com
CECIL B. CRAIN (State Bar No. 252780)
ccrain@rgoldlegal.com
MIA MATTIS [SBN 191027]
mattis@rgoldlegal.com
**GOLD LAW FIRM**
555 Montgomery Street, Suite 605
San Francisco, CA 94111
Tel: (415) 986-1338
Fax: (415) 373-4579

Attorneys for Plaintiffs
ROBERTO ELORREAGA, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY ELORREAGA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ABB, Inc., et al., <br><br> Defendants. | Case No. 4:21-cv-05696-HSG <br><br> **STIPULATION RE: FILING OF REPLY BRIEFS BY DEFENDANTS GENERAL ELECTRIC COMPANY AND VIACOMCBS INC.; ORDER** |

**TO THE COURT AND ALL INTERESTED PARTIES:**

Defendants General Electric Company and ViacomCBS Inc., hereby stipulate to not object to the timeliness of the Plaintiffs' oppositions to their Motions for Summary Judgment and Daubert Motion, DKT Nos. 123, 125, and 126.

These oppositions were timely served on Defendants via File and ServeXpress on Thursday, July 7, 2022. On Thursday, July 7, 2022, the PACER service of the Northern District of California was not working and would not allow Plaintiffs to file their papers through the site. Plaintiffs filed with the Court on July 8, 2022.

Counsel for General Electric Company receives immediate notifications from PACER, though delayed notifications, due to internal firm processes related to File and ServeXpress, with notification of served oppositions to counsel of service not being forthcoming until July 8, via PACER.

Counsel for ViacomCBS Inc. received both services, but due to the manner of service of documents via File and ServeXpress and PACER, required compare and evaluation to confirm the consistency of all documents received, in oppositions to DKT Nos. 123, 125 and 126.

Defendants received technical notice of the oppositions and will not object to timeliness; however, Plaintiffs and the Defendants subject to this stipulation have agreed that Reply briefs to the aforementioned dockets may be served on July 15, 2022.

Respectfully submitted.

GOLD LAW FIRM

Dated: 7/12/2022

By: *[signature: Roger E. Gold]*
ROGER E. GOLD
MIA MATTIS

Attorneys for Plaintiffs

///

///

///

///

| | |
|---|---|
| | WFBM, LLP |
| Dated: 7/12/2022 | |
| | By: /s/ Derek S. Johnson |
| | DEREK S. JOHNSON |
| | Attorneys for Defendant |
| | GENERAL ELECTRIC COMPANY |
| | |
| | JAMISON EMPTING CRONIN, LLP |
| Dated: 7/12/2022 | |
| | By: /s/ Kevin D. Jamison |
| | KEVIN D. JAMISON |
| | Attorneys for Defendant |
| | VIACOMCBS, INC. |

///
///
///
///
///
///
///
///
///

3

STIPULATION FOR DISMISSAL AS TO DEFENDANT CROWN CORK & SEAL COMPANY, INC.; ORDER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendants General Electric Company and ViacomCBS Inc. may serve any and all Reply briefing to DKT Nos. 123, 125, and 126 on July 15, 2022.

IT IS SO ORDERED.

DATED: July 12, 2022        By: /s/ Haywood S. Gilliam, Jr.
                                Honorable Haywood S. Gilliam, Jr.

///