ROGER GOLD (Bar No. 214802)
rgold@rgoldlegal.com
CECIL B. CRAIN (State Bar No. 252780)
ccrain@rgoldlegal.com
MIA MATTIS [SBN 191027]
mattis@rgoldlegal.com
**GOLD LAW FIRM**
591 Redwood Highway, Ste. 4000
Mill Valley CA 94941
Tel: (415) 869-6990
Fax: (415) 373-4579

Attorneys for Plaintiffs
ROBERTO ELORREAGA, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ROSEMARY ELORREAGA, et al., | Case No. 4:21-cv-05696-HSG |
|---|---|
| Plaintiffs, | **STIPULATION FOR DISMISSAL AS TO DEFENDANT ROCKWELL AUTOMATION, INC; ORDER** |
| vs. | |
| ABB, Inc., et al., | |
| Defendants. | |

**TO THE COURT AND ALL INTERESTED PARTIES:**

Plaintiffs Rosemary Elorreaga, individually and as Personal Representative of the Estate of Roberto Elorreaga, Deceased, and all/any heirs (collectively "Plaintiffs"), and Defendant Rockwell Automation, Inc (Rockwell) hereby stipulate that all claims asserted or which may have been asserted by this action by Plaintiffs against Rockwell be dismissed *with* prejudice. Each party is to bear its own costs pursuant to Fed. R. Civ. P. 41(a)(2).

/ / /

/ / /

Respectfully submitted.

DATED: October 11, 2023     GOLD LAW FIRM

By: _____
Roger E. Gold
Attorneys for Plaintiffs

DATED: October 12, 2023     TUCKER ELLIS LLP

By: _____
Nicole Gage
Attorneys for Defendant
Rockwell Automation, Inc

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the above-entitled action is dismissed with prejudice as to Defendant Rockwell Automation, Inc, only, pursuant to Rule 41 of the Federal Rules of Civil Procedure.  Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:   10/13/2023         By: _/s/ Haywood S. Gilliam, Jr._
                                                  Honorable Haywood S. Gilliam, Jr.