KEVIN D. JAMISON (Bar No. 222105)
kjamison@jec-legal.com
ERIN N. EMPTING (Bar No. 272130)
eempting@jec-legal.com
JUSTIN F. CRONIN (Bar No. 260188)
jcronin@jec-legal.com
JAMISON EMPTING CRONIN, LLP
825 East 4th Street, Suite 204
Los Angeles, California 90013
Telephone: (213) 246-2732
Facsimile: (626) 314-1833

Attorneys for Defendant
ViacomCBS Inc., f/k/a CBS Corporation, a
Delaware corporation, f/k/a Viacom Inc.,
successor by merger to CBS Corporation, a
Pennsylvania corporation, f/k/a Westinghouse
Electric Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSEMARY ELORREAGA individually and as Successor-in-Interest to ROBERTO ELORREAGA; ROBERT PAUL ELORREAGA; RICHARD ANDREW ELORREAGA; and RONALD EDWARD ELORREAGA,<br><br>Plaintiffs,<br><br>vs.<br><br>ABB, INC., et al.,<br><br>Defendants. | Case No: 4:21-cv-05696-HSG<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT VIACOMCBS INC., WITH PREJUDICE**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2<br><br>Complaint Filed: September 23, 2020<br>Date Removed: July 26, 2021<br>Trial Date: TBD |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** pursuant Section 41(a)(1)(A)(ii), Plaintiffs Rosemary Elorreaga, individually and as Successor-in-Interest to Roberto Elorreaga, Roberto Elorreaga, Robert Paul Elorreaga, Richard Andrew Elorreaga, and Ronald Edward Elorreaga ("Plaintiffs") and Defendant ViacomCBS Inc., f/k/a CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation ("Westinghouse") hereby stipulate as follows:

*WHEREAS:*

1. On September 23, 2020, Plaintiffs initiated this action against Westinghouse in the Superior Court of California, County of San Francisco.

2. On July 26. 2021, matter was removed to United States District Court, Northern District of California.

3. On February 19, 2025, Plaintiffs and Westinghouse reached a settlement agreement whereby Plaintiffs agreed to dismiss all claims against Westinghouse with prejudice.

4. Plaintiffs and Westinghouse agree that the Court will retain jurisdiction to enforce their settlement agreement.

*THE PARTIES HEREBY STIPULATE AS FOLLOWS:*

5. The Court should dismiss this matter in its entirety against Defendant ViacomCBS Inc., f/k/a CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, only, with prejudice and the Court will retain jurisdiction to enforce their settlement agreement.

Dated:  March 10, 2025                GOLD LAW FIRM

                                      By:  */s/ Roger E. Gold*
                                      ROGER E. GOLD
                                      Attorneys for Plaintiffs
                                      Rosemary Elorreaga, individually and as Successor-in-Interest to Roberto Elorreaga, Roberto Elorreaga, Robert Paul Elorreaga, Richard Andrew Elorreaga, and Ronald Edward Elorreaga

| | | |
|---|---|---|
| 1 | Dated: March 10, 2025 | JONES & BENDON, LLP |
| 2 | | |
| 3 | | By: /s/ H.W. Trey Jones<br>H.W. TREY JONES |
| 4 | | Attorneys for Plaintiffs<br>Rosemary Elorreaga, individually and as Successor-in-Interest to Roberto Elorreaga, Roberto Elorreaga, Robert Paul Elorreaga, Richard Andrew Elorreaga, and Ronald Edward Elorreaga |
| 8 | Dated: March 10, 2025 | JAMISON EMPTING CRONIN, LLP |
| 10 | | By: /s/ Kevin D. Jamison<br>KEVIN D. JAMISON |
| 11 | | Attorneys for Defendant<br>ViacomCBS Inc. (n/k/a Paramount Global), f/k/a CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation |

ORDER

Having read and considered the foregoing stipulation of the parties, and for cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant ViacomCBS Inc., f/k/a CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, only, is dismissed with prejudice from the above-titled action in its entirety and the Court will retain jurisdiction over the settlement agreement between Westinghouse and Plaintiffs Rosemary Elorreaga, individually and as Successor-in-Interest to Roberto Elorreaga, Roberto Elorreaga, Robert Paul Elorreaga, Richard Andrew Elorreaga, and Ronald Edward Elorreaga.

Dated: 3/11/2025

Hon. Haywood S. Gilliam, Jr.
United States District Court for the Northern District of California