TUCKER ELLIS LLP
JAMES P. CUNNINGHAM SBN 121406
james.cunningham@tuckerellis.com
201 Mission Street, Suite 2310
San Francisco, CA 94105
Telephone:  415.617.2400
Facsimile:  415.617.2409

Attorneys for Defendant
WARREN PUMPS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY ELORREAGA individually and as Successor-in-Interest to ROBERTO ELORREAGA; et al., <br><br> Plaintiffs, <br> v. <br> ABB, Inc., et al., <br><br> Defendants. | Case No. 4:21-cv-05696-HSG <br><br> (San Francisco Superior Court Case No. CGC-20-276874) <br><br> **ORDER RE DISMISSAL WITH PREJUDICE OF DEFENDANT WARREN PUMPS, LLC** |

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs ROSEMARY ELORREAGA individually and as Successor-in-Interest to ROBERTO ELORREAGA; ROBERT PAUL ELORREAGA; RICHARD ANDREW ELORREAGA, and RONALD EDWARD ELORREAGA, hereby dismiss with prejudice their claims filed in this action against Defendant WARREN PUMPS, LLC in the above-captioned action.

Based on the Stipulation of the Parties Dismissing Claims entered into by Plaintiffs ROSEMARY ELORREAGA individually and as Successor-in-Interest to ROBERTO ELORREAGA; ROBERT PAUL ELORREAGA; RICHARD ANDREW ELORREAGA, and RONALD EDWARD ELORREAGA, and Defendant WARREN PUMPS, LLC, each party shall bear their own fees and costs in connection with the above-captioned action.

DATED:  6/26/2025

By: _/s/ Haywood S. Gilliam Jr._
JUDGE OF THE DISTRICT COURT